(V. D. 19)

MANHATTAN NOVELTY CORP. *v.* UNITED STATES

Entry Nos. 44519; 61408.

(Decided October 14, 1955)

*Lane, Young & Fox* (*William H. Fox* of counsel) for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

WILSON, Judge: This matter is presently before me on a remand from a classification proceeding decided by the first division of this court in *Manhattan Novelty Corp.* v. *United States*, 34 Cust Ct. 261, Abstract 58688. The judgment entered therein stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636′ (d)."

The matter has been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 239481–K/3113–54 | 44519 | 100 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars, each_____ | 12. 45 |
| | | Carrying cases, each_____ | 1. 55 |
| | 61408 | 250 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars, each_____ | 12. 45 |
| | | Carrying cases, each_____ | 1. 55 |